# Court of Appeals
# of the State of Georgia

ATLANTA,  September 09, 2015

*The Court of Appeals hereby passes the following order:*

## A15A1942. CANTRELL et al. v. HENLEY.

The Appellee has moved to dismiss this appeal based on the Appellants' failure to file a brief and enumeration of errors. The appeal was docketed on June 15, 2015, making the Appellants' brief and enumeration of errors due by July 6, 2015. See Court of Appeals Rule 23 (a). Appellants have not filed a brief, requested an extension of time, or responded to the motion to dismiss. Accordingly, this appeal is **DISMISSED** pursuant to Court of Appeals Rules 13, 15 (a), and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  09/09/2015
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*